UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN ROUSE AKA ABDUR RASHID KHALIF,

Petitioner,

v.

STEPHEN SINCLAIR.

Respondent.

CASE NO. C11-5943-RBL-JRC

ORDER GRANTING IN FORMA PAUPERIS STATUS

The petitioner in this action is seeking a habeas corpus relief from state convictions and sentences. He is entitled to in forma pauperis status. Petitioner's application for leave to proceed in forma pauperis, (ECF No. 1), is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee. The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 23rd day of November, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS STATUS - 1