1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10   ABDUR RAHID KHALIF AKA CALVIN
     ROUSE,
11                                                    CASE NO. C11-5943-RBL-JRC
                              Petitioner,
12                                                    ORDER DENYING PETITIONER'S
                v.                                    MOTION FOR APPOINTMENT OF
13                                                    COUNSEL
     STEPHEN SINCLAIR,
14
                              Respondent.
15

16          This petition for a writ of habeas corpus is filed pursuant to 28 U.S.C. § 2254. The

17   petition has been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28

18   U.S.C. § 636(b) (1) (A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner

19   asks the Court to appoint counsel based on his affidavit in support of in forma pauperis status

20   (ECF No. 15). A motion to dismiss the petition as time barred is pending. (ECF No. 14).

21          There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254

22   unless an evidentiary hearing is required, because the action is civil, not criminal, in nature.

23   Brown v. Vasquez, 952 F.2d 1164, 1168 (9th Cir. 1991) (*citing* McCleskey v. Zant, 499 U.S.

24   467, 495 (1991)); see Ortiz v. Stewart, 149 F.3d 923, 939 (9th Cir. 1998); see also Terrovona v.

1 <u>Kincheloe</u>, 852 F.2d 424, 429 (9th Cir. 1988); and Rule 8(c) of the Rules Governing Section

2 2254 Cases in the United States District Courts. The motion is DENIED.

3     Dated this 29th day of February, 2012.

4

5                                     J. Richard Creatura
                                      United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24