# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CALVIN ROUSE AKA ABDUR RASHID KHALIF,<br><br>                Petitioner,<br><br>    v.<br><br>STEPHEN SINCLAIR,<br><br>                Respondent. | CASE NO. C11-5943-RBL-JRC<br><br>ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    This petition is dismissed as time barred. No certificate of appealability is granted.

(3)    The Clerk's Office is directed to send petitioner a copy of this order.

DATED this 19th day of April, 2012.

                                                      */s/ Ronald B. Leighton*
                                                      RONALD B. LEIGHTON
                                                      UNITED STATES DISTRICT JUDGE

ORDER - 1